UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DONNY L. STROMAN**

**VERSUS**

**JASON ARD, ET AL**

**CIVIL ACTION**

**NO. 14-649-JWD-EWD**

**RULING**

This matter is before the court on Defendant Anthony Aguillard's Motion for Summary Judgment (Doc. 50). The motion is not opposed. The Court has carefully reviewed the motion and attached memorandum and finds it to be meritorious. For reasons articulated in Defendants' motion and memorandum, the motion is granted and Plaintiff's claim against Anthony Aguillard is dismissed with prejudice.

Signed in Baton Rouge, Louisiana, on October 4, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**